IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ELIZABETH W. COLGAN | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 17-cv-678-JPG-CJP |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff, Elizabeth W. Colgan, and against defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:** April 2, 2018

        **JUSTINE FLANAGAN,**
        **Acting Clerk of Court**

        **BY:** s/Tina Gray
              **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**